UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ELLIOTT HAROLD FINCH, JR.                                    PLAINTIFF
#187789

V.                          No. 4:21-CV-384-JTR

ERIC HIGGINS, Sheriff, Pulaski
County; and CAMACHO, Deputy,
Pulaski County Detention Center                              DEFENDANTS

## JUDGMENT

Consistent with the Memorandum Opinion and Order entered separately today, this case is dismissed. Finch's claims are dismissed, with prejudice. All relief sought is denied, and the case is closed.

DATED this 15th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE